IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** ) | |
| ) | Civil Action No. 1:18-cv-01922-ABJ |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **KARYN A. TEMPLE, in her official capacity** ) | |
| **as Acting Register of Copyrights, United** ) | |
| **States Copyright Office** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR A STAY OF
PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of proceedings in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the U.S. Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions. In accordance with the Local Rules of this Court, a proposed order is attached hereto.

Dated:  January 4, 2019                                  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

JESSIE K. LIU
United States Attorney

  /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## **LOCAL CIVIL RULE 7(m) CERTIFICATION**

In accordance with Local Civil Rule 7(m), before filing this motion, Defendants conferred with Plaintiff's counsel regarding this motion, and counsel for Plaintiff represented that Plaintiff does not oppose the relief requested herein.

   /s/  Daniel Riess   
Daniel Riess
