UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Valancourt Books, LLC,

    *Plaintiff,*

           v.

Karyn Temple *et al.*,

    *Defendants.*

Civil Case No. 1:18-cv-01922

## PROPOSED SCHEDULING ORDER

It is hereby ORDERED that the parties in the above-captioned case shall comply with the following disco very and briefing schedule in this case:

| | | |
|---|---|---|
| 1. | Deadline to file any motions to join parties | February 28, 2019 |
| 2. | Deadline to file any motions to amend the pleadings | February 28, 2019 |
| 3. | Deadline to reach pre-discovery stipulations | March 14, 2019 |
| 4. | Deadline to complete any discovery | July 12, 2019 |
| 5. | Deadline for Defendants' Motion for Summary Judgment | August 16, 2019 |
| 6. | Deadline for Plaintiff's Combined Summary-Judgment Brief | September 13, 2019 |
| 7. | Deadline for Defendants' Summary-Judgment Reply | September 27, 2019 |
| 8. | Deadline for Plaintiff's Summary-Judgment Reply | October 11, 2019 |
| 9. | Pretrial Conference | December 10, 2019 |

_____
Amy Berman Jackson
United States District Court Judge