# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALANCOURT BOOKS, LLC, | ) |
| | ) Civil Action No. 1:18-cv-01922-ABJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KARYN A. TEMPLE, in her official capacity as Register of Copyrights, United States Copyright Office *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Karyn A. Temple, Register of Copyrights, United States Copyright Office, in her official capacity, and William P. Barr, Attorney General of the United States,[1] in his official capacity ("Defendants"), respectfully move this Court to enter summary judgment for Defendants. In accordance with the Court's Local Rules, this motion is accompanied by a statement of the specific points of law and authority that support the motion, a statement of undisputed material facts, and a proposed order.

Dated:  July 3, 2019                              Respectfully submitted,

                                                  JOSEPH H. HUNT
                                                  Assistant Attorney General

                                                  ERIC WOMACK
                                                  Assistant Branch Director

                                                  JESSIE K. LIU
                                                  United States Attorney

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), William P. Barr is automatically substituted for his predecessor, Jefferson B. Sessions, Attorney General of the United States.

1

2

      /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*