UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valancourt Books, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>Karyn Temple, et al.,<br><br>*Defendants.* | Civil Case No. 1:18-cv-01922-ABJ<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

      Plaintiff Valancourt Books, LLC, respectfully submits the attached decision of the Supreme Court of the United States, *Cedar Point Nursery, et al., v. Hassid, et al,* No. 20-107 (June 23, 2021). This decision is relevant to Plaintiff's pending cross-motion for summary judgment (ECF 18 (August 2, 2019)) because it reaffirms that the question in Takings Clause cases like this one does not hinge on "whether the government action at issue comes garbed as a regulation (or statute, or ordinance, or decree)." Slip op. at 6–7. Instead, the black-letter rule is that "[w]henever a regulation results in a physical appropriation of property, a *per se* taking has occurred." *Id.* at 7. Here, 17 U.S.C. § 407, both on its face and as applied to plaintiff, results in the physically appropriation of books published in the United States and therefore effects a *per se* taking. Plaintiff therefore respectfully requests that its pending motion for summary judgment be granted.

Dated June 23, 2021

Respectfully submitted,

                                                  /s/ Robert J. McNamara
                                                  Robert J. McNamara (DDC Bar # VA065)
                                                  Jeffrey Redfern (DC Bar #1018046)
                                                  INSTITUTE FOR JUSTICE

901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rmcnamara@ij.org
*Attorneys for Valancourt Books, LLC*

2