IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **SHIRA PERLMUTTER, in her official** ) <br> **capacity as Register of Copyrights, United** ) <br> **States Copyright Office** *et al.*, ) <br> ) <br>     **Defendants.** ) <br> ) | **Civil Action No. 1:18-cv-01922-ABJ** |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

In accordance with the Court's Minute Order of June 29, 2021, Defendants respectfully file this response to Plaintiff's Notice of Supplemental Authority, ECF No. 27 ("Notice").

As Plaintiff tacitly acknowledges, the Supreme Court's recent decision in *Cedar Point Nursery v. Hassid*, __ S. Ct. __, No. 20-107, 2021 WL 2557070, does not create any new doctrine relevant to this case, but instead merely "reaffirms" existing doctrine. Notice at 1. The issue presented in *Cedar Point Nursery* was whether a state regulation mandating that agricultural employers provide labor organizations with "a 'right to take access'" to the employers' real property in order to solicit support for unionization "constitute[d] a *per se* physical taking." 2021 WL 2557070, at *2. Applying existing case law, *see id*. at *4-6, the Supreme Court held that the state regulation constituted "a *per se* physical taking under our precedents." *Id*. at *6.

*Cedar Point Nursery* does not control this case. The state regulation at issue in *Cedar Point Nursery* was not part of a comprehensive statutory framework under which Congress conditions the furnishing of certain personal property as part of an exchange for the provision of a voluntarily-sought government benefit. *See Ruckelshaus v. Monsanto Co.*, 467 U.S. 986, 1004-08

1

(1984).  As Defendants have explained in their merits briefs, Plaintiff has taken affirmative steps to avail itself of the statutory benefits conferred by federal copyright protection, and has chosen not to opt out of receiving these benefits.  Its participation in this voluntary exchange therefore does not raise any takings issues, and nothing in *Cedar Point Nursery* suggests otherwise.

Dated:  July 2, 2021							Respectfully submitted,


								BRIAN M. BOYNTON
								Acting Assistant Attorney General

								ERIC WOMACK
								Assistant Branch Director


								   /s/  *Daniel Riess*
								DANIEL RIESS (Texas Bar No. 24037359)
								Trial Attorney
								United States Department of Justice
								Civil Division, Federal Programs Branch
								1100 L Street, N.W.
								Washington, D.C.  20005
								Tel: (202) 353-3098
								Daniel.Riess@usdoj.gov
								*Attorneys for Defendants*