UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VALANCOURT BOOKS, LLC, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 18-1922 (ABJ) |
| SHIRA PERLMUTTER,<br>*in her official capacity as the*<br>*Register of Copyrights*<br>*of the U.S. Copyright Office*, et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Pursuant to Federal Rules of Civil Procedure 56 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion for summary judgment, [Dkt. # 17], is **GRANTED**, and plaintiff's cross motion for summary judgment, [Dkt. # 18], is **DENIED**.

AMY BERMAN JACKSON
United States District Judge

DATE: July 23, 2021