UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Valancourt Books, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>Shira Perlmutter, et al.,<br><br>*Defendants.* | Civil Case No. :18-cv-01922-ABJ<br><br>**NOTICE OF APPEAL** |

Notice is given this 17th day of September, 2021, that Valancourt Books, LLC, the Plaintiff in the above-named case, appeals to the United States Court of Appeals for the District of Columbia Circuit from the memorandum opinion and order entered in this action on July 23, 2021, granting Defendants' motion for summary judgment (ECF Nos. 29 and 30).

Date September 17, 2021

Respectfully submitted,

/s/ Robert J. McNamara
Robert J. McNamara (DDC Bar # VA065)
Jeffrey Redfern (DC Bar #1018046)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: rmcnamara@ij.org, jredfern@ij.org
*Attorneys for Valancourt Books, LLC*