**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** ) | |
| ) | **Civil Action No. 1:18-cv-01922-ABJ** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SHIRA PERLMUTTER, in her official** ) | |
| **capacity as Register of Copyrights, United** ) | |
| **States Copyright Office** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT NOTICE TO THE COURT

In accordance with the Court's December 28, 2023 Minute Order, the parties now file this Joint Notice.

The parties respectfully state that the time has not yet expired for Defendants in this case to file a timely petition for a writ of certiorari. The responsibility for determining whether the federal government will seek review in the Supreme Court is vested in the Office of the Solicitor General. That consideration is ongoing in the present case. Accordingly, the parties respectfully propose that proceedings before this Court be stayed, and that Defendants promptly file a status report notifying the Court when they seek Supreme Court review or when the time for seeking such review has expired, whichever occurs first.

The parties further respectfully propose that in the event that the time for seeking Supreme Court review expires, or that the Supreme Court denies review, the parties will meet and confer and file a joint notice with the Court regarding mediation or a proposed schedule for further proceedings.

Dated:  January 10, 2024                    Respectfully submitted,


                                            /s/ *Robert McNamara*
                                            Robert J. McNamara
                                            Jeffrey H. Redfern
                                            INSTITUTE FOR JUSTICE
                                            901 N Glebe Road, Suite 900
                                            Arlington, Virginia 22203
                                            (703) 682-9320
                                            rmcnamara@ij.org
                                            jredfern@ij.org
                                            *Attorneys for Plaintiff*


                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            JULIE STRAUS HARRIS
                                            Assistant Branch Director


                                             */s/  Daniel Riess*
                                            DANIEL RIESS (Texas Bar No. 24037359)
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, D.C.  20005
                                            Tel: (202) 353-3098
                                            Daniel.Riess@usdoj.gov
                                            *Attorneys for Defendants*