IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** | ) |
| | ) Civil Action No. 1:18-cv-01922-ABJ |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **SHIRA PERLMUTTER, in her official capacity as Register of Copyrights, United States Copyright Office** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**JOINT MOTION FOR ENTRY OF REMEDIES BRIEFING SCHEDULE**

The parties now respectfully move this Court for entry of a briefing schedule regarding remedies, and state as follows:

1. The Court entered a minute order on December 28, 2023 stating that in light of the mandate and judgment of the D.C. Circuit and its August 29, 2023 ruling in this case, summary judgment was entered in favor of Plaintiff. Minute Order (Dec. 28, 2023). The Court's order further stated that "it is necessary to determine what relief would be appropriate," and directed the parties to file a joint notice on or before January 11, 2024 informing the Court whether they are interested in engaging in mediation and, if not proposing a schedule for further proceedings. *Id*.

2. On January 10, 2024, the parties informed the Court that the Office of the Solicitor General was determining whether the federal government would seek Supreme Court review in this case, and requested that proceedings before this Court be stayed to allow for such a determination. Joint Notice, ECF No. 34.

3. In response, the Court entered a minute order staying proceedings in this case and ordering Defendants to file a status report within two days of when they seek Supreme Court

1

review or when the time to seek such review has expired, whichever occurs first. Minute Order, Jan. 12, 2024.

4. Although the time has not yet expired for Defendants to seek Supreme Court review, the Office of the Solicitor General has determined not to seek such review in this case.

5. The parties therefore respectfully request that the Court enter the following proposed remedies briefing schedule:

| | |
|---|---|
| Defendants' opening brief | June 7, 2024 |
| Plaintiff's opening brief | June 28, 2024 |
| Defendants' closing brief | July 19, 2024 |
| Plaintiff's closing brief | August 16, 2024 |

6. In accordance with this Court's Local Rules, a proposed order accompanies this motion.

Dated: May 6, 2024                                  Respectfully submitted,


/s/ *Robert McNamara*
Robert J. McNamara
Jeffrey H. Redfern
INSTITUTE FOR JUSTICE
901 N Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320
rmcnamara@ij.org
jredfern@ij.org
*Attorneys for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

2

      /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

3