IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SHIRA PERLMUTTER, in her official** ) <br> **Capacity as Register of Copyrights, United** ) <br> **States Copyright Office** *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:18-cv-01922-ABJ |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for entry of remedies briefing schedule, it is hereby **ORDERED** that the motion is **GRANTED**. The Court enters the following remedies briefing schedule:

| | |
|---|---|
| Defendants' opening brief | June 7, 2024 |
| Plaintiff's opening brief | June 28, 2024 |
| Defendants' closing brief | July 19, 2024 |
| Plaintiff's closing brief | August 16, 2024 |

_____  
Date

_____  
Amy Berman Jackson  
United States District Judge