IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHIRA PERLMUTTER, in her official capacity as Register of Copyrights, United States Copyright Office,** *et al.*,[*]<br><br>*Defendants.* | Civil Action No. 1:18-cv-01922-ABJ<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Valancourt Books, LLC, respectfully submits the attached decision of the Supreme Court of the United States, *Trump v. CASA, Inc.* No. 24A884 (June 27, 2025). Valancourt has previously argued in this case that this Court should issue a permanent injunction preventing the government from enforcing 17 U.S.C. § 407 against either Valancourt or anyone else. *See, e.g.*, Plaintiff's Closing Brief on Remedies (ECF 39) at 6–9. The Supreme Court's decision in *CASA* forecloses those arguments in these circumstances, and Valancourt therefore withdraws them: This Court's permanent injunction should enjoin enforcement only against Valancourt itself.

That said, nothing in *CASA* casts doubt on the basic equitable principle that a plaintiff like Valancourt can and should receive complete relief. That means Valancourt is entitled to an injunction preventing the enforcement of § 407 against it, not (as the government has contended) an injunction only against one specific threat of enforcement. *See* Closing Brief at 1–5. And that injunction must encompass the full holding of the D.C. Circuit in this matter, enjoining the

---

[*] Under Federal Rule of Civil Procedure 25(d), Defendant Perlmutter may have been automatically replaced by Acting Register of Copyrights Paul Perkins, though the identity of the current Register of Copyrights appears to be disputed. *See generally Perlmutter v. Blanche*, No. 25-cv-01659-TJK (D.D.C.) (filed May 22, 2025). Plaintiff takes no position on that question.

1

government from demanding that Valancourt provide electronic copies of its books in lieu of turning over its physical property or from requiring Valancourt to take costly steps to avoid the enforcement of § 407. *Id.* at 5–6. As explained in Valancourt's remedies briefing, the D.C. Circuit has made clear the circumstances in which § 407 works a taking, and this Court should therefore enjoin the government from enforcing the statute against Valancourt in any of those circumstances in the future.

Dated June 27, 2025

Respectfully submitted,

/s/ *Robert J. McNamara*
Robert J. McNamara (DDC Bar # VA065)
Jeffrey Redfern (DC Bar #1018046)
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Emails: rmcnamara@ij.org, jredfern@ij.org

*Attorneys for Valancourt Books, LLC*