**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VALANCOURT BOOKS, LLC,** ) | |
| ) | **Civil Action No. 1:18-cv-01922-ABJ** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SHIRA PERLMUTTER, in her official** ) | |
| **capacity as Register of Copyrights, United** ) | |
| **States Copyright Office** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' RESPONSE TO MAY 20, 2026 MINUTE ORDER**

Defendants respectfully file this response to the Court's March 20, 2026 Minute Order

directing them to "advise the Court . . . who the proper defendants are in this case." The proper

defendants in this case are Shira Perlmutter, Register of Copyrights of the U.S. Copyright Office,

in her official capacity;[1] and Pamela Bondi, Attorney General of the United States, in her official

capacity.

Dated: March 24, 2026                    Respectfully submitted,


                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         JOSEPH E. BORSON
                                         Assistant Branch Director
                                         Federal Programs Branch

---

[1] The D.C. Circuit has enjoined the executive branch "from interfering with [Ms. Perlmutter's] service as Register of Copyrights and Director of the U.S. Copyright Office pending further order of the court." *Perlmutter v. Blanche*, No. 25-5285, 2025 WL 2627965, at *1 (D.C. Cir. Sept. 10, 2025) (per curiam).

1

 /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

2