**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| VALANCOURT BOOKS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1922 (ABJ) |
| | ) | |
| SHIRA PERLMUTTER | ) | |
| *in her official capacity as the* | ) | |
| *Register of Copyrights* | ) | |
| *of the U.S. Copyright Office, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The Court:

(1) Declares that defendants' enforcement of 17 U.S.C. § 407 against plaintiff, through its issuance of the August 9, 2018 Notice for Mandatory Deposit of Copies [Dkt. # 1-8], violates the Fifth Amendment of the U.S. Constitution; and

(2) Declares the August 9, 2018 Notice for Mandatory Deposit of Copies to be null and void; and

(3) Enjoins defendants from enforcing 17 U.S.C. § 407 against plaintiff with respect to the August 9, 2018 Notice for Mandatory Deposit of Copies,

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE:  March 25, 2026